C. A. Watson & Sons, appellee, v. Amy Kramer et al., trading as Kramer Bros. & Mages, appellants. Gen. No. 25,409.

Action to recover balance of contract price for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Joseph Kampfner, for appellants. Hoyne, O'Connor & Irwin, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

James F. Bishop, administrator of the estate of William Albert Schiele, deceased, plaintiff in error, v. Chicago Railways Company, defendant in error. Gen. No. 25,432.

Action to recover for unlawful death by being thrown from platform of street car. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Joseph H. Lawler and Joseph B. Lawler, for plaintiff in error. Frank L. Kriete and William H. Symmes, for defendant in error; J. R. Guilliams and P. L. McArdle, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

E. F. Witt, appellee, v. C. F. Wenham and Paul H. Williams, trading as The Chicago Oil Exchange, and Chicago & Western Oil Exchange, appellants. Gen. No. 25,441.

Action to recover for money induced to be paid by false representations. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1919. Reversed with findings of fact. Opinion filed January 26, 1920.

James L. Bynum, for appellants. Jarvis A. Blume, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Arthur W. Guthaus, appellee, v. Eugene Goldman, appellant. Gen. No. 25,487.

Action to recover commissions under sales contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Mergentheim, Altheimer & Mayer, for appellant; Maxim Hirsch, of counsel. George C. Geier, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Charles C. Smith, appellee, v. Eugene Goldman, appellant. Gen. No. 25,488.

Action of replevin. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Mergentheim, Altheimer & Mayer, for appellant; Maxim Hirsch, of counsel. Malato, Wolf & Love, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.